**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
AARON M. SCHWARCZ, BAR NO. 209275

ATTORNEYS FOR PLAINTIFF HANGER PROSTHETICS & ORTHOTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC. )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>CAPSTONE ORTHOPEDIC, INC., A )<br>CALIFORNIA CORPORATION; GLEN S. )<br>ELLIS, AN INDIVIDUAL; SANTIAGO )<br>ROSALES, AN INDIVIDUAL; DAVID KIMZEY, )<br>AN INDIVIDUAL; ANGELA FULTON, AN )<br>INDIVIDUAL; AND DOES 1-15; )<br>)<br>DEFENDANTS. )<br>) | Case No. 2:06-CV-02879-GEB-KJM<br><br>**ORDER DENYING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON EXPEDITED DISCOVERY APPLICATION** |

The Court, having read and considered the Application for Order Shortening Time for Hearing (the "OST Application") on Hanger Prosthetics & Orthotics, Inc.'s Application for Expedited Discovery (the "Discovery Application"), the memorandum of points and authorities and declaration and exhibits filed therewith; defendants' opposition; plaintiff's reply; and the Court finding good cause therefore, taking into account, <u>inter alia</u>, defendants' representation that they are complying with their legal obligation to preserve evidence and that no hearing has been scheduled for the hearing of

1  a request for preliminary injunctive relief, **IT IS HEREBY ORDERED** that the
2  application for an order shortening time is denied.
3
4  Dated: January 26, 2007.

_____
U.S. MAGISTRATE JUDGE