IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., | ) ) ) | 2:06-CV-02879-GEB-KJM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER[*] |
| CAPSTONE ORTHOPEDIC, INC.; GLEN ELLIS; SANTIAGO ROSALES; DAVID KIMZEY; ANGELA FULTON, | ) ) ) ) | |
| Defendants. | ) ) | |

     Defendant Capstone Orthopedic, Inc. ("Capstone") moves for summary judgment on Plaintiff's claims against Capstone for breach of contract and breach of fiduciary duty.  Plaintiff filed a non-opposition to the motion.

///

///

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).  The caption has been amended to reflect the dismissal of the doe defendants, as referenced in the Status (Pretrial Scheduling) Order issued March 19, 2007.

1

1    In light of Plaintiff's non-opposition statement, Capstone
2 is granted summary judgment on Plaintiff's breach of contract and
3 breach of fiduciary duty claims.
4    IT IS SO ORDERED.
5 Dated:  October 9, 2007

7 _____
  GARLAND E. BURRELL, JR.
8 United States District Judge