IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HANGER PROSTHETICS,

    Plaintiff,                              No. CIV 06-2879 GEB KJM

    vs.

CAPSTONE ORTHOPEDIC, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff's motion to compel production of documents came on regularly for hearing November 28, 2007. Aaron Schwarcz appeared for plaintiff. James Kachmar appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel pending requests for production of documents, for which production was not due until after the filing of the joint statement, is denied.

        2. The motion to compel document request nos. 6-12, 15-19, 26-30, 32, 33, 38 and 39 is granted. The court presumes that defendants have in good faith conducted a diligent search for responsive documents and that said documents can be produced forthwith. The court has considered defendants' assertion of privacy rights under the California Constitution, and finds

1

that the protective order previously entered in this action and applicable to the discovery phase of this case adequately protects such privacy interests of non-parties to this action whose medical records may be produced in responding to the discovery.  In producing responsive documents, patient-customer files may be limited to overlap patients.  Monthly statements shall be produced in responding to document requests nos. 28-30.

        3.  The motion to compel document requests nos. 2, 3, 4, 34, 40-43 is denied.

        4.  The court finds no award of expenses is warranted.

        5.  Defendants' November 27, 2007 ex parte application to file deposition excerpts of Lars Jensen under seal is denied.

DATED:  November 28, 2007.

_____
U.S. MAGISTRATE JUDGE

006hanger.oah