IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
HANGER PROSTHETICS & ORTHOTICS,  )
INC.,                            )   2:06-CV-02879-GEB-KJM
                                 )
               Plaintiff,        )
                                 )
     v.                          )   ORDER*
                                 )
CAPSTONE ORTHOPEDIC, INC.; GLEN  )
ELLIS; SANTIAGO ROSALES; DAVID   )
KIMZEY; ANGELA FULTON,           )
                                 )
               Defendants.       )
_____)
```

Plaintiff moves to modify the Rule 16 Scheduling Order to extend the discovery cut-off date. Because the undersigned judge's docket is congested and the Scheduling Order can be modified without adversely affecting said docket, the merits of Plaintiff's motion are not reached and the Rule 16 Scheduling Order is modified as follows:

(1)  discovery shall be completed by January 10, 2008;

(2)  the last hearing date for motions shall be March 10, 2008 at 10:00 a.m.; and

---

\*    This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1      (3)   the final pretrial conference is set for May 5, 2008, at 1:30 p.m.[1]

2      Plaintiff's motion is denied as moot as a result of the modification of the Rule 16 Scheduling Order.

3      IT IS SO ORDERED.

Dated:   December 4, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Since this modification to the Rule 16 Scheduling Order reduces the amount of time between the trial commencement date of June 17, 2008, and the final pretrial conference, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.