IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., | |
| Plaintiff, | 2:06-cv-02879-GEB-KJM |
| v. | ORDER[*] |
| CAPSTONE ORTHOPEDIC, INC., a California Corporation; GLEN S. ELLIS, an individual; SANTIAGO ROSALES, an individual; DAVID KIMZEY, an individual; ANGELA FULTON, an individual, | |
| Defendants. | |

On January 22, 2008, Defendants filed a motion in which they seek to exclude Plaintiff's witness Mark Alcock ("Alcock"), arguing Plaintiff failed to designate Alcock as an expert witness or submit

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

any expert reports by Alcock.[1]  Defendants seek exclusion of "any evidence or testimony of Mr. Alcock that [Plaintiff] may attempt to introduce at trial or in opposition to Defendants' forthcoming summary judgment motions."  (Mot. at 4:9-11.)  Plaintiff rejoined that "Mr. Alcock will simply testify about underlying facts that he personally perceived which do not require an opinion, and consequently, are not the subject of expert testimony."  (Opp'n at 2:1-5.)  Since Plaintiff states Mr. Alcock will not be used as an expert witness, Defendants' motion is denied as moot.  It is recognized that a portion of Plaintiff's response appears to seek a judicial ruling that certain testimony it contemplates Mr. Alcock will give is non-expert testimony.  A ruling will not issue at this time, however, because of the advisory nature of the opinion Plaintiff seeks.

IT IS SO ORDERED.

Dated:  February 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] On February 15, 2008, Plaintiff filed an ex parte application for an order continuing the hearing date on this motion. Because of the ruling herein, Plaintiff's application is denied.