IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> CAPSTONE ORTHOPEDIC, INC.; SANTIAGO ROSALES; GLEN S. ELLIS; DAVID KIMZEY; ANGELA FULTON, <br><br>            Defendants. | 2:06-cv-02879-GEB-KJM |
| SANTIAGO ROSALES; GLEN S. ELLIS; CAPSTONE ORTHOPEDIC, INC., <br><br>            Plaintiffs, <br><br>     v. <br><br> HANGER PROSTHETICS & ORTHOTICS, INC., a Delaware Corporation; RICHMOND TAYLOR "Rick", <br><br>            Defendants. | 2:08-cv-00724-LKK-GGH <br><br><br><br><br><br><br><br> <u>RELATED CASE ORDER</u> |

Examination of the above-entitled actions reveals that they should be related under Local Rule 83-123(a).  Accordingly, the actions will be assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that action 08-cv-00724-LKK-GGH is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Kimberly J. Mueller for all further proceedings; no

consolidation of the actions is effected.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB KJM" instead of the other judges' initials.  Further, any dates currently set in this reassigned case <u>only</u> are VACATED and the parties in the reassigned case are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

       IT IS SO ORDERED.

Dated:  April 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge