**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SUITE 600
SAN FRANCISCO, CA 94111
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

NANCY J. GEENEN CA BAR NO. 135968
AARON M. SCHWARCZ CA BAR NO. 209275

ATTORNEYS FOR PLAINTIFF HANGER PROSTHETICS & ORTHOTICS, INC.

**WEINTRAUB GENSHLEA CHEDIAK**
A LAW CORPORATION
400 CAPITOL MALL, 11th Floor
SACRAMENTO, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
E-mail: jkachmar@weintraub.com

JAMES KACHMAR, STATE BAR NO. 216781

ATTORNEYS FOR DEFENDANTS CAPSTONE ORTHOPEDIC, INC., GLEN S. ELLIS, SANTIAGO ROSALES, DAVID KIMZEY, AND ANGELA FULTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPSTONE ORTHOPEDIC, INC., A CALIFORNIA CORPORATION; GLEN S. ELLIS, AN INDIVIDUAL; SANTIAGO ROSALES, AN INDIVIDUAL; DAVID KIMZEY, AN INDIVIDUAL; ANGELA FULTON, AN INDIVIDUAL, <br><br> Defendants. | CASE NO:  2:06-CV-02879-GEB-KJM <br><br> **STIPULATION AND [PROPOSED] PROTECTIVE ORDER FOR TRIAL FOR REDACTION OF PATIENT NAMES AND PRIVATE INFORMATION** <br><br> TRIAL DATE:  JUNE 17, 2008 <br><br> JUDGE:  HON. GARLAND E. BURRELL, JR. |

///

///

///

///

///

Plaintiff Hanger Prosthetics & Orthotics, Inc. ("Hanger") and Defendants Capstone Orthopedic, Inc. ("Capstone"), Glen S. Ellis, Santiago Rosales, David Kimzey, and Angela Fulton, file this Stipulation and Proposed Protective Order regarding redaction of patient names and private information.

**RECITALS**

1. On March 19, 2007, the Court set this action for trial on June 17, 2008.

2. A protective order was issued in this case on October 3, 2007, in part, to protect the privacy rights of Hanger and Capstone patients. As discussed at the Pretrial Conference on May 12, 2008, the protective order is inadequate to continue to assure that patient names and private information will be protected during trial.

3. The parties have met and conferred regarding a procedure for protecting patient identities and personal information. The parties agree to redact the names and identifying personal data from all exhibits and demonstratives used at trial. Each patient will be identified with an alias similar to the procedures used in litigation involving minors. Patient files will be used in alphabetical order numbered 1 to 110 and referred to as "Patient No. [x]. [First Name] [Last Initial]."

4. The parties further agree that the "[First Name] [Last Initial]" alias shall be used in the event that any patient is referred to during testimony or opening or closing statements.

5. The parties agree that they will instruct their witnesses to abide by the provisions of paragraph 4 above while testifying at trial. The parties expect that the witnesses will, in good faith, comply with this Stipulation and agree that an inadvertent mistake by a witness in referring to a patient by his or her last name should not be punishable as a violation of this stipulation and order.

///

///

///

**STIPULATION**

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. The names and identifying information of all patients shall be redacted from all exhibits and demonstratives used at trial. Patient files will be used in alphabetical order numbered 1 to 110 and referred to as "Patient No. [x]. [First Name] [Last Initial]."

3. Patients will be referred to by aliases of "[First Name] [Last Initial]" in all documents, demonstratives, testimony, opening and closing statements.

4. The parties agree that they will instruct their witnesses to abide by paragraph 3 above while testifying at trial. The parties expect that the witnesses will, in good faith, comply with this stipulation and agree that the inadvertent mistake by a witness in referring to a patient by his or her last name should not be punishable as a violation of this stipulation and order.

DATED:  JUNE 13, 2008                  **FOLEY & LARDNER LLP**
                                        NANCY J. GEENEN
                                        AARON M. SCHWARCZ


                                        /S/  - NANCY J. GREENEN
                                            NANCY J. GEENEN
                                            ATTORNEYS FOR PLAINTIFF,
                                            HANGER PROSTHETICS &
                                            ORTHOTICS, INC.

DATED:  JUNE 13, 2008                   **weintraub genshlea chediak**
                                        **a law corporation**
                                        JAMES KACHMAR


                                        /S/  - JAMES KACHMAR
                                            JAMES KACHMAR
                                            ATTORNEY FOR DEFENDANTS

# PROTECTIVE ORDER

IT IS SO ORDERED.

Dated: 6/13/08

**UNITED STATES DISTRICT JUDGE**