**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SUITE 600
SAN FRANCISCO, CA 94111
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

NANCY J. GEENEN CA BAR NO. 135968
AARON M. SCHWARCZ CA BAR NO. 209275

ATTORNEYS FOR PLAINTIFF HANGER PROSTHETICS & ORTHOTICS, INC.

**WEINTRAUB GENSHLEA CHEDIAK**
A LAW CORPORATION
400 CAPITOL MALL, 11th Floor
SACRAMENTO, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
E-mail: jkachmar@weintraub.com

JAMES KACHMAR, STATE BAR NO. 216781

ATTORNEYS FOR DEFENDANTS CAPSTONE ORTHOPEDIC, INC., GLEN S. ELLIS, SANTIAGO ROSALES, DAVID KIMZEY, AND ANGELA FULTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPSTONE ORTHOPEDIC, INC., A CALIFORNIA CORPORATION; GLEN S. ELLIS, AN INDIVIDUAL; SANTIAGO ROSALES, AN INDIVIDUAL; DAVID KIMZEY, AN INDIVIDUAL; ANGELA FULTON, AN INDIVIDUAL, <br><br> Defendants. | CASE NO:  2:06-CV-02879-GEB-KJM <br><br> **STIPULATION AND [PROPOSED] ORDER RE: WITNESS NOTIFICATION** <br><br> TRIAL DATE:  JUNE 17, 2008 <br><br> JUDGE:  HON. GARLAND E. BURRELL, JR. |

///

///

///

///

///

Plaintiff Hanger Prosthetics & Orthotics, Inc. ("Hanger") and Defendants Capstone Orthopedic, Inc. ("Capstone"), Glen S. Ellis, Santiago Rosales, David Kimzey, and Angela Fulton, file this Stipulation and Proposed Order regarding witness notification.

**A.   RECITALS**

1.   Trial is scheduled to commence in this matter on Tuesday, June 17, 2008 at 9:00 a.m.

2.   Many of the witnesses that will be called to testify in this matter will be conducting patient care during the time set for trial and/or will have to make travel arrangements to attend trial in Sacramento, California.

3.   To accommodate these witnesses, and to ensure the efficient procession of trial in this matter, Plaintiff and Defendants agree to provide the opposing party at least 24 hours notice before calling any witness to testify at trial.

**B.   STIPULATION**

Accordingly, the parties stipulate as follows:

1.   The parties incorporate the recitals set forth above.

2.   Each party shall provide the opposing party at least 24-hour notice before calling any witness to testify at trial in this matter.

**DATED:  JUNE 13, 2008**

FOLEY & LARDNER LLP
NANCY J. GEENEN
AARON M. SCHWARCZ

/S/   - NANCY J. GREENEN
NANCY J. GEENEN
ATTORNEYS FOR PLAINTIFF,
HANGER PROSTHETICS &
ORTHOTICS, INC.

DATED: JUNE 13, 2008

**weintraub genshlea chediak
a law corporation**
JAMES KACHMAR

/S/ - JAMES KACHMAR
    JAMES KACHMAR
    ATTORNEY FOR DEFENDANTS

## ORDER

IT IS SO ORDERED.

Dated: 6/13/08

**GARLAND E. BURRELL JR.
UNITED STATES DISTRICT JUDGE**

3

STIPULATION AND [PROPOSED ORDER
RE: WITNESS NOTIFICATION
CASE NO. 06-CV-02879 GEB KJM