IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>CAPSTONE ORTHOPEDIC, INC., a California Corporation; GLEN ELLIS, an individual; SANTIAGO ROSALES, an individual; DAVID KIMZEY, an individual; and ANGELA FULTON, an individual,<br><br>            Defendants. | 2:06-cv-2879-GEB-KJM<br><br><u>ORDER MODIFYING</u><br><u>JUNE 13, 2008 ORDER</u> |

         On May 23, 2008, Defendants filed a motion in limine seeking to exclude "[P]laintiff's belatedly designated expert witness, Mark Alcock ("Alcock"), from testifying at trial and making references to or introducing evidence of Mr. Alcock's findings and opinions." (Defs.' Mot. No. 1 at 1:25-26.)  On June 13, 2008, Defendants' motion to exclude Alcock's proposed expert testimony was granted since "Plaintiff ha[d] not sustained its burden of showing Defendants would not be harmed if the late disclosure is allowed on the eve of trial, scheduled to commence next week [and] allowing Alcock to be disclosed as an expert witness at this stage of the proceeding is not harmless." (June 13, 2008 Order at 9:22-27.)  On June 16, 2008, Defendants filed

an emergency motion to continue the trial date since "defense counsel became aware, for the first time, of information that gives rise to a conflict of interest requiring the retention of separate counsel for one or more defendants . . . ." (Defs.' Emergency Mot. at 1:27-2:2.) The trial was continued to the next available trial date of October 7, 2008.

Since trial has been continued to October 7, 2008 (over three and a half months away), there is now an opportunity to remedy the harm suffered by Defendants from Plaintiff's late disclosure of Alcock as an expert witness. Accordingly, Defendants' motion to exclude Mark Alcock's proposed expert testimony is denied.[1] See Galentine v. Holland Am. Line-Westours, Inc., 333 F. Supp. 2d 991, 994 (W.D. Wash. 2004) (denying motion to strike belatedly disclosed expert since "potential prejudice to [d]efendant can be ameliorated by" extending the discovery deadline).

## MODIFICATION OF SCHEDULING ORDER

Any rebuttal expert and report shall be disclosed by July 21, 2008. The discovery completion deadline is extended to September 9, 2008 for the limited purpose of deposing Alcock and any rebuttal expert.

IT IS SO ORDERED.

Dated:  June 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This Order modifies and supercedes the June 13, 2008 Order granting Defendants' motion.

2