```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


HANGER PROSTHETICS & ORTHOTICS,   )
INC.,                             )   2:06-cv-02879-GEB-KJM
                                  )
                Plaintiff,        )
                                  )
     v.                           )   ORDER
                                  )
CAPSTONE ORTHOPEDIC, INC.; GLEN   )
ELLIS; SANTIAGO ROSALES; DAVID    )
KIMZEY; ANGELA FULTON,            )
                                  )
                Defendants.       )
                                  )
```

        The Trial in this action was continued since attorney James Kachmar declared in an emergency motion filed two days before trial was to commence that "counsel became aware, for the first time," of a conflict of interest "requiring the retention of separate counsel for one or more defendants..." (See Defendant's Emergency Motion filed June 15, 2008.)  Trial was continued presumably based on representations that the date to which it was continued would be satisfactory with any new counsel becoming attorney of record for a party previously represented by attorney Kachmar involved with the referenced conflict.

        However, on August 20, 2008, attorney Robin Perkins filed an "emergency" ex parte request to have the trial commencement date continued, since he now represents two of attorney Kachmar's former clients in this action, has a trial conflict, and might seek

additional modification of the Final Pretrial Order.[1]  Although this "emergency" request was denied(it should be evident that ex parte motions should be allowed only in special circumstances), a status hearing is scheduled to commence at 8:30 a.m. on August 28, 2008.  A joint status report shall be filed no later than 3:00 p.m. on August 27, 2008, in which the parties shall discuss what is necessary to ensure that a firm trial date is scheduled.

IT IS SO ORDERED.

Dated:  August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Attorney Perkins does not yet appear to be the attorney of record for these defendants.