UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HANGER PROSTHETICS & ORTHOTICS,  )
INC.,                            )        2:06-cv-02879-GEB-KJM
                                 )
            Plaintiff,           )
                                 )
       v.                        )
                                 )
CAPSTONE ORTHOPEDIC, INC.;       )
SANTIAGO ROSALES; GLEN S. ELLIS; )
DAVID KIMZEY; ANGELA FULTON;     )
                                 )
            Defendants.          )
                                 )
_____)

        At the hearing held on August 28, 2008, a supplemental

final pretrial conference was scheduled for commencement at

2:30 p.m., on December 1, 2008.  A Joint Pretrial Statement shall

be filed seven (7) days before the final pretrial conference.

///

///

///

///

///

///

1          Although the parties were informed at the status hearing

2   that proposed jury instructions would have to be attached to their

3   Joint Pretrial Statement, that requirement is withdrawn.

4   Dated:  August 28, 2008

5

6   _____
    GARLAND E. BURRELL, JR.

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28