UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., | 2:06-CV-02879-GEB-KJM |
| Plaintiff, | ORDER RE <br> DENIAL OF MOTION IN LIMINE <br> FILED JANUARY 29, 2009 |
| v. | |
| CAPSTONE ORTHOPEDIC, INC.; SANTIAGO ROSALES; GLEN S. ELLIS; DAVID KIMZEY; ANGELA FULTON, | |
| Defendants. | |

Since the motion in limine filed on January 29, 2009, does not crystalize what is sought sufficiently for the judge to understand precisely what relief Defendants seek, the motion is denied.

IT IS SO ORDERED.

Dated: February 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1