UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS,<br><br>        Plaintiff,<br><br>     v.<br><br>CAPSTONE ORTHOPEDIC, INC., a California Corporation; GLEN S. ELLIS; SANTIAGO ROSALES; DAVID KIMZEY; ANGELA FULTON,<br><br>        Defendants. | 2:06-cv-02879-GEB-KJM<br><br><br>ORDER |

        On February 4, 2009, Plaintiff filed a request for a ruling which may not be necessary. A party should ensure a ruling is necessary before it is sought. Plaintiff's counsel should contact the Clerk's Office's audio visual representative concerning electronic equipment referenced in Plaintiff's February 4 filing, and security personnel about whether Plaintiff's requested ruling on what is allowed into the Federal Courthouse is necessary. I will not issue the requested ruling since it has not been shown necessary.

Dated: February 5, 2009

                                   /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1