1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HANGER PROSTHETICS & ORTHOTICS, INC., | ) ) | 2:06-cv-02879-GEB-KJM |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TRANSMITTING PROPOSED CLOSING |
| CAPSTONE ORTHOPEDIC, INC.; SANTIAGO ROSALES; GLEN S. ELLIS; DAVID KIMZEY; ANGELA FULTON, | ) ) ) ) | INSTRUCTIONS AND VERDICT FORM; AND ELIMINATING SOLICITATION CLAIM |
| Defendants. | ) ) | |

The parties shall consider the attached closing jury instructions and verdict form and provide input at their earliest convenience. If necessary, a hearing could be scheduled on this matter before trial commences on February 18, 2009.

Further, it does not appear that Plaintiff's claim against Defendant Ellis for breach of the non-solicitation agreement is viable under <u>Edwards v. Arthur Andersen LLP</u>, 44 Cal.

1  4th 937 (2008); therefore, that claim has not been included in the
2  attached documents.

3  Dated:  February 13, 2009

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge