1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

12

HANGER PROSTHETICS & ORTHOTICS, INC. )

13              PLAINTIFF,

14       v.

15  CAPSTONE ORTHOPEDIC, INC., A
    CALIFORNIA CORPORATION; GLEN S.
16  ELLIS, AN INDIVIDUAL; SANTIAGO
    ROSALES, AN INDIVIDUAL; DAVID KIMZEY,
17  AN INDIVIDUAL; ANGELA FULTON, AN
    INDIVIDUAL; AND DOES 1-15,
18
              DEFENDANTS.
19

20

CASE NO. 2:06-CV-02879-GEB-KJM

**STIPULATION FOR ENTRY OF
JUDGMENT – DEFENDANTS
DAVID KIMZEY AND ANGELA
FULTON**

21

22

23

24

25

26

27

28

STIPULATED JUDGMENT
CASE NO. 2:06-CV-02879-GEB-KJM

1    IT IS HEREBY STIPULATED by and between plaintiff, Hanger

2  Prosthetics & Orthotics, Inc. ("Hanger") and defendants David Kimzey and Angela

3  Fulton through their respective counsel for entry of judgment against Kimzey and Fulton

4  in the principal amount of $135,750.00 together with post judgment interest at the federal

5  rate and attorneys fees and costs incurred in the enforcement of the terms of the

6  agreement and according to proof.

7

8  DATED:  JANUARY 8, 2009                          **Foley & Lardner LLP**
                                                     Nancy J. Geenen
9                                                    Kimberly K. Dodd

10

11

12                                    /S/        NANCY J. GEENEN _____
                                      NANCY J. GEENEN
13                                    ATTORNEYS FOR PLAINTIFF, HANGER
                                      PROSTHETICS & ORTHOTICS, INC.
14

15

16  DATED:  JANUARY 8, 2009                          **Palmer Kazanjian Wohl Perkins
                                                     LLP**
17                                                   Robin K. Perkins

18

19

20                                    /S/        ROBIN K. PERKINS _____
                                      ROBIN K. PERKINS
21                                    ATTORNEYS FOR DEFENDANTS DAVID
                                      KIMZEY AND ANGELA FULTON
22

23

24

25

26

27

28

STIPULATED JUDGMENT
CASE NO. 2:06-CV-02879-GEB-KJM