FILED
FEB 24 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> CAPSTONE ORTHOPEDIC, INC., SANTIAGO ROSALES, GLEN S. ELLIS, DAVID KIMZEY, ANGELA FULTON, and DOES 1 through 5 inclusive, <br><br>  Defendants. | Case No.2:06-cv-2879-GEB-KJM <br><br> VERDICT FORM |

The Jury finds the following verdict:

Question No. 1: Does Plaintiff prevail on its claim under the federal Computer Fraud and Abuse Act against Capstone and/or Ellis?

Capstone:     Yes ____   No ✓

Ellis:        Yes ____   No ✓

Question No. 2: If you answered "no" to question 1, proceed to question 4. If you answered "yes," is Plaintiff entitled to damages?

Yes ____   No ____

1

1  Question No. 3: What amount of damage do you find Plaintiff to have
2  sustained?
3  Capstone:       $ _____
4  Ellis:          $ _____
5  Question No. 4: Does Plaintiff prevail on its claim under
6  California Penal Code § 502(c)(1) against Capstone and/or Ellis?
7  Capstone:       Yes ____   No ✓
8  Ellis:          Yes ____   No ✓
9  Question No. 5: If you answered "no" to question 4, proceed to
10 question 7.  If you answered "yes," is Plaintiff entitled to
11 damages?
12 Yes ____   No ____
13 Question No. 6: What amount of damage do you find Plaintiff to have
14 sustained?
15 Capstone:       $ _____
16 Ellis:          $ _____
17 Question No. 7: Does Plaintiff prevail on its claim under
18 California Penal Code § 502(c)(2) against Capstone and/or Ellis?
19 Capstone:       Yes ____   No ✓
20 Ellis:          Yes ____   No ✓
21 Question No. 8: If you answered "no" to question 7, proceed to
22 question 10.  If you answered "yes," is Plaintiff entitled to
23 damages?
24 Yes ____   No ____
25 Question No. 9: What amount of damage do you find Plaintiff to have
26 sustained?
27 Capstone:       $ _____
28 Ellis:          $ _____

1  Question No. 10: Does Plaintiff prevail on its claim under
2  California Penal Code § 502(c)(7) against Capstone and/or Ellis?
3  Capstone:      Yes ____  No ✓
4  Ellis:         Yes ____  No ✓
5  Question No. 11: If you answered "no" to question 10, proceed to
6  question 13.  If you answered "yes," is Plaintiff entitled to
7  damages?
8  Yes ____  No ____
9  Question No. 12: What amount of damage do you find Plaintiff to
10 have sustained?
11 Capstone:      $ _____
12 Ellis:         $ _____
13 Question No. 13: Does Plaintiff prevail on its trade secret
14 misappropriation claim against defendant?
15 Capstone:      Yes ____  No ✓
16 Ellis:         Yes ____  No ✓
17 Rosales:       Yes ____  No ✓
18 Question No. 14: If you answered yes to question 13, did defendant
19 conspire to misappropriate Plaintiff's trade secret?
20 Capstone:      Yes ____  No ____
21 Ellis:         Yes ____  No ____
22 Rosales:       Yes ____  No ____
23 Question No. 15: If you answered "no" to question 13, proceed to
24 question 17.  If you answered "yes," is Plaintiff entitled to
25 damages?
26 Yes ____  No ____
27
28

1  Question No. 16: What amount of damage do you find Plaintiff to
2  have sustained?
3  Capstone:       $ _____
4  Ellis:          $ _____
5  Rosales:        $ _____
6  Question No. 17: Does Plaintiff prevail on its claim that
7  defendant wrongfully exercised control over Plaintiff's
8  confidential information without permission?
9  Capstone:       Yes ____   No ✓
10 Ellis:          Yes ____   No ✓
11 Rosales:        Yes ____   No ✓
12 Question No. 18: If you answered yes to question 17, did defendant
13 conspire to wrongfully exercise control over Plaintiff's
14 confidential information without Plaintiff's permission?
15 Capstone:       Yes ____   No ____
16 Ellis:          Yes ____   No ____
17 Rosales:        Yes ____   No ____
18 Question No. 19: If you answered "no" to question 17, proceed to
19 question 21. If you answered "yes," is Plaintiff entitled to
20 damages?
21 Yes ____ No ____
22 Question No. 20: What amount of damage do you find Plaintiff to
23 have sustained?
24 Capstone:       $ _____
25 Ellis:          $ _____
26 Rosales:        $ _____
27
28

4

1  Question No. 21: Does Plaintiff prevail on its claim that defendant
2  intentionally interfered with the economic relationship between
3  Plaintiff and one or more of its employees and/or patients?
4  Capstone:       Yes _____   No ✓
5  Ellis:          Yes _____   No ✓
6  Rosales:        Yes _____   No ✓
7  Question No. 22: If you answered yes to question 21, did defendant
8  conspire to intentionally interfere with the economic relationship
9  between Plaintiff and one or more of its employees and/or patients?
10 Capstone:       Yes _____   No _____
11 Ellis:          Yes _____   No _____
12 Rosales:        Yes _____   No _____
13 Question No. 23: If you answered "no" to question 21, proceed to
14 question 25.  If you answered "yes," is Plaintiff entitled to
15 damages?
16 Yes _____ No _____
17 Question No. 24: What amount of damage do you find Plaintiff to
18 have sustained?
19 Capstone:       $ _____
20 Ellis:          $ _____
21 Rosales:        $ _____
22 Question No. 25: Does Plaintiff prevail on its claim that Rosales
23 breached the Confidentiality Acknowledgment/Training Attestation by
24 taking, using, and/or disclosing Plaintiff's confidential
25 information?
26 Yes _____ No ✓

1  Question No. 26: If you answered "no" to question 25, proceed to
2  question 28.  If you answered "yes," Plaintiff entitled to damages?
3  Yes _____  No _____
4  Question No. 27: What amount of damage do you find Plaintiff to
5  have sustained?
6  $ _____
7  Question No. 28: Does Plaintiff prevail on its claim that Ellis
8  breached the Employment and Non-Solicitation Agreement by
9  soliciting Plaintiff's employees to work for Capstone within two
10 years after leaving Plaintiff and/or by disclosing Plaintiff's
11 confidential information to unauthorized persons and/or using
12 Plaintiff's confidential information for the benefit of himself and
13 Capstone?
14 Yes _____  No __✓__
15 Question No. 29: If you answered "no" to question 28, proceed to
16 question 31.  If you answered "yes," Plaintiff entitled to damages?
17 Yes _____  No _____
18 Question No. 30: What amount of damage do you find Plaintiff to
19 have sustained?
20 $ _____
21 Question No. 31: Does Plaintiff prevail on its claim that Rosales
22 breached the duty of loyalty owed to Plaintiff?
23 Yes _____  No __✓__
24 Question No. 32: If you answered "no" to question 31, proceed to
25 question 34.  If you answered "yes," is Plaintiff entitled to
26 damages?
27 Yes _____  No _____
28

6

1  Question No. 33: What amount of damage do you find Plaintiff to
2  have sustained?
3  $ _____
4  Question No. 34: Does Plaintiff prevail on its claim that Rosales
5  breached the duty of confidentiality owed to Plaintiff?
6  Yes ____  No ✓
7  Question No. 35: If you answered "no" to question 34, proceed to
8  question 37.  If you answered "yes," is Plaintiff entitled to
9  damages?
10 Yes ____  No ____
11 Question No. 36: What amount of damage do you find Plaintiff to
12 have sustained?
13 $ _____
14 Question No. 37: If you answered yes to questions 4, 7, 10, 13, 17,
15 or 21, then answer the following question. Did Defendant willfully
16 and maliciously intend to cause harm to Plaintiff?
17 Capstone:       Yes ____  No ____
18 Ellis:          Yes ____  No ____
19 Rosales:        Yes ____  No ____
20
21
22
23 2/19/09                          M. Ivan____
24 Date                             Presiding Juror

7