UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

NOTE FROM THE JURY

FILED
FEB 2 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case # 2:06-cv-2879-GEB-KJM

Date Feb 19, 2009

Time 5:05 PM

|  |  |
|---|---|
| HANGER PROSTHETICS | ) |
| Plaintiff, | ) |
| v | ) |
| CAPSTONE ORTHOPEDIC | ) |
| Defendant, | ) |

THE JURY HAS REACHED A UNANIMOUS VERDICT  X

THE JURY REQUESTS THE FOLLOWING:

Foreperson _M. Franklin_