UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC. | JUDGMENT IN A CIVIL CASE |
| v. |  |
| CAPSTONE ORTHOPEDIC, INC., et al | CASE NO: 2:06-CV-2879 GEB KJM |

**XX** – Clerk's entry of Judgment.  Pursuant to Jury Verdict on 2/24/2009 and Stipulation for Entry of Judgment against defendants David Kimzey and Angela Fulton in the amount of $135,750.00.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED August 11, 2008**

Victoria C. Minor
Clerk of Court

ENTERED: **February 24, 2009**

by:  /s/ R. Matson
Deputy Clerk