UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HANGER PROSTHETICS & ORTHOTICS, INC.,

    Plaintiff,

    v.

CAPSTONE ORTHOPEDIC, INC.; SANTIAGO ROSALES; GLEN S. ELLIS; DAVID KIMZEY; ANGELA FULTON,

    Defendants.

2:06-cv-02879-GEB-KJM

ORDER

Defendants' motion for an award of attorneys fees, filed on March 17, 2009, is denied since a reasonable juror could have returned a verdict in favor of Plaintiff on each claim.

Dated: May 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge